UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES G BRENDEL,

    PETITIONER,

-vs-                                        Case No. 5:15-cv-00135-WTH-CJK

SECRETARY FLORIDA DEPARTMENT OF CORRECTIONS,

    RESPONDENT.
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 10, 2017. (Doc. 22). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 22, is adopted and incorporated by reference in this order.

2. The clerk is directed to enter the following judgment: "The petition for writ of habeas corpus, Doc. 1, is **DENIED.** A certificate of appealability is **DENIED.**"

3. The clerk is directed to close the file.

IT IS SO ORDERED.

DONE and ORDERED at Gainesville, Florida this 26th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE